IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Criminal No. H-09-00342 |
| | § | |
| GILBERT LOPEZ | § | Judge David Hittner |

4.
## ORDER

On Gilbert Lopez's Unopposed Motion to Permit Travel Outside Harris County and Surrounding Counties, the Court finds that the Motion is:

✓ GRANTED for travel to Santa Fe and Llano, New Mexico from November 26, 2009 through December 9, 2009.

_____ DENIED

Signed in Houston, Texas, on November 13, 2009.

_____
UNITED STATES DISTRICT JUDGE