JUDGE _____DAVID HITTNER_____   CLERK, U. S. DISTRICT COURT
CASE MANAGER __ELLEN ALEXANDER__   RPTR/~~TAPE~~ _Anita manby_   SOUTHERN DISTRICT OF TEXAS
LAW CLERK _Bryan Rice_   INTERPRETER _N/A_

FILED
11-17-09
MICHAEL N. MILBY, CLERK
BY DEPUTY _F. amender_

TIME ____|____ A.M.   _1:30_ | _4:40_ P.M.   DATE _11-17-09_
      begin   end        begin   end

## CR. NO. ___H-09-342___

UNITED STATES OF AMERICA
              vs.                              §        _Greg Costa_              AUSA

| Deft. No. | Deft. Name | | | |
|---|---|---|---|---|
| 01 | Robert Allen Stanford | § | James Kennedy Kent Schaffer, Mac Secrest + (R) | ☐ CJA |
| 02 | Laura Pendergest - Holt | § | Dan Cogdell, Jimmie Ardoin + Chris Flood (R) | ☐ CJA |
|  |  | § |  | ☐ CJA |
| 03 | Gilberto Lopez | § | Jack Zimmerman + Jim Levine (R) | ☐ CJA |
| 04 | Mark Kuhrt | § | Richard Kuniansky | ☑ CJA |
|  | add'l defts. on reverse side | § |  | ☐ CJA |

For Lloyds of London: Barry Chasnoff
Neal Lane
Mc Clain Pena
Manuel Binguima

For the Receiver Mr. Janvy:
Kevin Sadler

## HEARING

☑ kmhrgh.   Motion hearing held.

☑ ...   Hearing held on _Inst. #139 - Motion for Protective Order_

☐ ...   _Inst. # 56 - motion to release funds. and Inst. #101 Motion for_
        **Evidence presented (exhibits admitted or testimony given) on:** _Payment of fees or in_
        _the alternative, Stay of_
        _Proceedings._

☑ ...   Order to be entered.

☐ ...   All motions not expressly decided are denied without prejudice to being reurged.

☐ kjytrl.   Jury trial set _____ at _____.

☐ ko.(bnd.)   Deft_____ bond set/reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.

☐ ...   Deft_____ failed to appear, bench warrant to issue.

☑ ...   Deft _Lopez +_ bond ☐ continued ☐ forfeited.
        _Holt_
        _Kuhrt_

☑ ...   Deft _Stanford_ remanded to custody.

OTHER RULINGS _Parties to submit proposed findings of fact +_
_Conclusions of law by 12/4/09 @ noon._

Copy to:   USPO                    See reverse