IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | Criminal No. H-09-00342 |
| GILBERT LOPEZ | § | Judge David Hittner |

5.
### ORDER

On Gilbert Lopez's Unopposed Motion to Return Passport of Lupe Lopez the Court finds that the Motion is:

  GRANTED

_____  DENIED

It is THEREFORE ORDERED that the Clerk of the Court release the passport of Lupe Lopez to counsel for Gilbert Lopez, MR. JACK B. ZIMMERMANN.

Signed in Houston, Texas, on November _19_, 2009.

_____
UNITED STATES DISTRICT JUDGE