IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 13-20115

D.C. Docket No. 4:09-CR-342-4

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

GILBERT T. LOPEZ, JR., also known as Gilbert Lopez,

    Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before PRADO, ELROD, and HAYNES, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the sentence and conviction of the District Court are affirmed.

United States Court of Appeals
Fifth Circuit
**FILED**
June 5, 2015
Lyle W. Cayce
Clerk

United States District Court
Southern District of Texas
FILED
JUL 3 0 2015
David J. Bradley, Clerk of Court

Certified as a true copy and issued
as the mandate on Jul 30, 2015

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 30, 2015

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 13-20115    USA v. Mark Kuhrt, et al  
                       USDC No. 4:09-CR-342-4

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

~~Record/original papers/exhibits are returned:~~ Exhibit Envelopes

The paper copy of the electronic record has been recycled.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____  
                                      James deMontluzin, Deputy Clerk  
                                      504-310-7679

cc:  
    Ms. Lauretta Drake Bahry  
    Ms. Renata Ann Gowie  
    Mr. Seth Kretzer  
    Mr. Jim E. Lavine  
    Ms. Megan Elizabeth Smith  
    Mr. Jason Scott Varnado  
    Mr. Jack Benjamin Zimmermann  
    Ms. Terri Raye Zimmermann